# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST INSURANCE GROUP,<br><br>　　Petitioner<br><br>v.<br><br>TAMARA TOWNSEND,<br><br>　　Respondent | Case No.: 2:23-cv-01820-APG-EJY<br><br>**Order Designating Umpire**<br><br>[ECF No. 1] |

　　Foremost Insurance Group petitions for appointment of an umpire for binding resolution of an appraisal dispute, as required under its Homeowners Insurance Policy with Tamara Townsend. ECF No. 1.  Townsend "does not oppose the selection of an umpire." ECF No. 6 at 2.  Each party has submitted five candidates to serve as an umpire.  I have reviewed the materials submitted about each candidate.  I hereby appoint Shaneen Panko to serve as the umpire for the parties' appraisal dispute.

　　This order satisfies the prayer for relief in Foremost's petition. ECF No. 1 at 9.  There appears to be nothing left for this court to do regarding this dispute.  Therefore, I intend to close this case.  If either party believes there is a need to keep this case open, they must confer with the other party.  By **April 15, 2024**, the parties must file either a stipulation that this court case can be closed or separate briefs why the case should remain open.  The failure to comply with that deadline will result in closure of this case.

　　DATED this 29th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE