McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sean E. Cortney
Nevada Bar No. 16218
  sean.cortney@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101

Attorney for Foremost Insurance Group

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST INSURANCE GROUP,<br><br>Petitioner,<br><br>v.<br><br>TAMARA TOWNSEND,<br><br>Respondent. | Case No. 2:23-cv-01820-APG-EJY<br><br>**JOINT STIPULATION TO CLOSE CASE** |

Pursuant to the Court's Order Designating Umpire (Doc. 12), the parties hereby submit the following Stipulation to Close Case:

On March 29, 2024, this Court issued an Order Designating Umpire that appointed Shaneen Panko to serve as the umpire for the parties' appraisal dispute. (Doc. 12). The Court noted that its Order satisfied the prayer for relief in Foremost Insurance Group's Petition. (Doc. 1 at 9). The Court then instructed the parties to either file a stipulation that this court case can be closed or file separate

/ / /

/ / /

/ / /

/ / /

briefs explaining why this case should remain open. Accordingly, the parties hereby file this Stipulation that this case may be closed.

Dated: April 09, 2024                JAMES R. CHRISTENSEN PC

By: /s/James R. Christensen
James R. Christensen, Esq.
Nevada Bar No. 3861
Attorney for Tamara Townsend

Dated: April 09, 2024                McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/Sean E. Cortney
Sean E. Cortney
Nevada Bar No. 16218
Attorney for Foremost Insurance Group

027446-000034 9784054.1

IT IS SO ORDERED:

Dated: April 10, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE